UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-24367-CIV-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

$171,294 IN UNITED STATES CURRENCY
SEIZED ON OR ABOUT AUGUST 26, 2015
FROM A RESIDENCE LOCATED ON
SW 137TH COURT, HOMESTEAD, FL.,

        Defendant.
_____/

## DEFAULT JUDGMENT OF FORFEITURE

THIS CAUSE came before the Court on the United States' Verified Motion For Default Judgment of Forfeiture [DE-10]. The Court having reviewed the court file and considered the matter, makes the following findings of fact:

1. On October 17, 2016, a Verified Complaint for Forfeiture *In Rem* was filed against the defendant, seeking forfeiture of the defendant pursuant to 21 U.S.C. § 881(a) [DE-1].

2. A Warrant of Arrest *In Rem* was issued and served [DE-3].

3. Publication was made as required by Supplemental Rule G of the Rules of Admiralty, Maritime Claims and Asset Forfeiture Actions and a Proof of Publication was filed [DE-7].

4. Additionally, direct notice was provided to D. Dareus and to W. Dareus, Jr. *See* DE-9-1.

5. More than thirty (30) days have elapsed since the final date of publication and more than eighty (80) days have elapsed since direct notice was sent to D. Dareus and W.

Dareus, Jr.

6. No claim or answer has been filed by any claimant as required by 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules of Civil Procedure for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions. The time to file a claim and answer has expired.

Based upon the above findings, it is hereby

**ORDERED that:**

1. The United States' Verified Motion For Default Judgment of Forfeiture [DE-10] is GRANTED. All right, title, claim and interest in the $171,294 United States currency seized on or about August 26, 2015 from a residence located on SW 137th Court, Homestead, FL is hereby forfeited to the United States pursuant to 21 U.S.C. § 881. Accordingly, all right, title and interest in the $171,294 United States currency seized on or about August 26, 2015 from a residence located on SW 137th Court, Homestead, FL is hereby vested in the United States of America.

2. The forfeited property shall be disposed of according to the law.

3. All potential claimants are held in default.

4. All pending motions not otherwise ruled upon are DENIED as moot.

5. The Clerk of the Court is directed to CLOSE this case.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January, 2017.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record